THE HONORABLE ROBERT S. LASNIK

05-CV-00723-CERT



FILED
LODGED   ENTERED
         RECEIVED

JUN 23 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEGIC COMMUNICATIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,<br><br>Defendant. | No. C-05-723 RSL<br><br>***PRAECIPE* FOR TEGIC COMMUNICATION'S MOTION FOR RELIEF FROM DEADLINE FOR FILING ITS OPPOSITION ON MONDAY, JUNE 27, 2005 AND MOTION TO FILE OVER-LENGTH BRIEF**<br><br>**NOTE ON MOTION CALENDAR FOR JUNE 22, 2005 AND FOR JULY 1, 2005** |

Plaintiff Tegic Communications ("Tegic") submits this praecipe to make a correction to the noting date for one of its two pending motions filed yesterday and to emphasize the appropriateness of some relief. The pending motions and prior request will determine whether Tegic must file its brief this coming Monday, June 27, 2005 in opposition to the dismissal motion (or whether the brief should be filed on Monday, July 18, 2005) and what the permissible length of the brief will be.

After filing a motion to dismiss, Defendant filed a motion to stay discovery pending a ruling on its dismissal motion. The motion to stay was noted for hearing earlier this week on

Praecipe for Tegic's Mot. for Relief from Deadline and for
Over-Length Brief. - 1
Case No. C-05-723 RSL
121052.0001/1210987.1

ORIGINAL

LANE POWELL PC
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

1  Monday, June 20. In opposition to the motion to stay, Tegic filed a pleading[1] that also asked
2  for a two-week postponement of the hearing for the dismissal motion that is now noted for
3  July 1. Defendant would not agree to any postponement.

4  Yesterday, after Defendant's refusal to grant any postponement, Defendant's inability
5  to make its two witnesses who signed the declarations supporting the dismissal motion
6  available to be deposed next week, and the looming holiday weekend, Tegic decided to ask
7  for a three-week postponement. Consequentially, Tegic has filed a new motion for relief from
8  deadline and asks for a three-week postponement. The hearing for the dismissal motion
9  would be postponed from July 1 to July 22, 2005.

10  Tegic mistakenly noted its new motion for a three-week postponement for hearing
11  seven calendar days after filing instead of seven judicial days after filing, as required by the
12  Local Rule. Tegic corrects this mistake by renoting the motion for hearing on July 1 instead
13  of on June 29. However, by either date the motion will probably be moot. With the abolition
14  of motions to shorten time, Tegic will have no remedy unless the Court grants its request for a
15  three-week postponement of the hearing date on the dismissal motion, which was filed
16  yesterday.

17  DATED: June 23, 2005.

LANE POWELL PC

By _____
David C. Spellman, WSBA No. 15884
Attorneys for Plaintiff
Tegic Communications Corporation

QUINN EMANUEL URQUHART
OLIVER & HEDGES

Charles K. Verhoeven
(Cal. Bar No. 170151)
Kevin P. B. Johnson

---

[1] Opp'n to Def.'s Mot. to Stay Disc. or Continue Initial Scheduling Dates and Alternative Request to Expedite Disc. on Issues Raised By Def.'s Mot. to Dismiss at 3:1-4 (June 15, 2005).

Praecipe for Tegic's Mot. for Relief from Deadline and for
Over-Length Brief. - 2
Case No. C-05-723 RSL
121052.0001/1210987.1

LANE POWELL PC
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

| | |
|---|---|
| 1 | (Cal. Bar No. 177129) |
| 2 | Jennifer A. Kash |
|   | (Cal. Bar No. 203679) |
| 3 | 50 California Street, 22d Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 |
|   | Facsimile: (415) 875-6700 |

Praecipe for Tegic's Mot. for Relief from Deadline and for
Over-Length Brief. - 3
Case No. C-05-723 RSL
121052.0001/1210987.1

LANE POWELL PC
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000