THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEGIC COMMUNICATIONS CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,<br><br>　　　　　　　　　Defendant. | No. C-05-723 RSL<br><br>*PRAECIPE* FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION TO TRANSFER THE CASE TO THE WESTERN DISTRICT OF TEXAS<br><br>NOTE ON MOTION CALENDAR FOR JUNE 28, 2005 |

Plaintiff Tegic Communications ("Tegic") submits this praecipe and asks the clerk to substitute the attached revised Plaintiff's Opposition to Defendant's Motion to Dismiss, or, in the Alternative, Motion to Transfer the Case to the Western District of Texas for the earlier Opposition which was filed on 6/27/2005 and is Docket No. 28. Changes made to this revised brief were minor and only related to typographical errors or omissions.

DATED: June 28, 2005

　　　　　　　　　　　　　　　　　　　　/s/Jennifer Kash
　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART
　　　　　　　　　　　　　　　　　　OLIVER & HEDGES LLP
　　　　　　　　　　　　　　　　　　Charles K. Verhoeven
　　　　　　　　　　　　　　　　　　(Cal. Bar No. 170151)

Praecipe for Plaintiff's Opposition
to Def's Motion to Dismiss - 1
Case No. C-05-723 RSL
121052.0001/1212528.1

**LANE POWELL PC**
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Kevin P. B. Johnson
(Cal. Bar No. 177129)
Jennifer A. Kash
(Cal. Bar No. 203679)

LANE POWELL PC
David Spellman, WSBA No. 15884
Attorneys for Plaintiff

Praecipe for Plaintiff's Opposition
to Def's Motion to Dismiss - 2
Case No. C-05-723 RSL
121052.0001/1212528.1

**LANE POWELL PC**
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000